IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR247 |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CHESTER HANSEN, ) | |
| ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 12th day of April, 2007, this matter comes on before the Court upon the United States' Motion to Strike Final Order of Forfeiture, Close Forfeiture Case and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Strike Final Order of Forfeiture and Close Forfeiture Case is hereby sustained.

2. This Court's Final Order of Forfeiture (Filing No. 27) is hereby stricken.

3. The U.S. Marshals Service is holding the following-described weapon: a Grendel, Inc. .380 caliber, semi-automatic pistol, serial number 18521, The U.S. Marshals Service shall provide this weapon to Dennis Cunningham, of 25452 Meadow Lark Loop, Crescent, Iowa 51526.

4. The U. S. Marshals Service shall notify the Court after it has delivered the weapon to Mr. Cunningham. The Court will then issue an Order closing this case.

**BY THE COURT:**

s/Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE
United States District Court**