IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR247 and |
| Plaintiff, | ) | 8:06CR375 |
| | ) | |
| v. | ) | |
| | ) | |
| CHESTER FREDRICK HANSEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that defendant's Motion to Correct Sentence (Filing No. 37 in 8:06CR247 and Filing No. 66 in 8:07CR375) is scheduled for hearing on **August 3, 2009, at 10:00 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant will not be present for this hearing. The defendant may participate in this hearing telephonically by having defense counsel notify chambers at least 24 hours before the hearing of the phone number and contact person of the institution where defendant is incarcerated.

    DATED this 8th day of July, 2009.

                                    BY THE COURT:

                                    s/ Joseph F. Bataillon
                                    Chief United States District Judge